No. 893. SHAVER *v.* FIDELITY BANKERS TRUST CO., TRUSTEE. April 22, 1946. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *W. O. Lowe* for petitioner. *James A. Fowler* for respondent.

No. 898. GRAY ET AL. *v.* BRACEY ET AL. April 22, 1946. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied.

No. 936. DOUGLASS *v.* TENNESSEE. April 22, 1946. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *David Hanover* for petitioner. *Roy H. Beeler,* Attorney General of Tennessee, and *Ernest F. Smith,* Assistant Attorney General, for respondent.

No. 949. DALE *v.* CALIFORNIA ET AL. April 22, 1946. Petition for writ of certiorari to the Supreme Court of California denied.

No. 962. SINGER *v.* RAGEN, WARDEN. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 964. WEGRZYN *v.* RAGEN, WARDEN. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 965. BRILL *v.* RAGEN, WARDEN. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.